# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2340. AMIR IBAN SHORT v. THE STATE.

In February 2024, Amir Iban Short was indicted on sixteen felony counts. In August 2025, Short filed a motion to quash the indictment, which the trial court denied. We dismissed Short's attempt to appeal that ruling. See Case Nos. A26D0062 (Sept. 10, 2025); A26A0304 (Sept. 23, 2025). In March 2026, Short filed a pro se motion to recuse the trial judge. The motion was denied and Short filed both an application for interlocutory appeal and a notice of appeal. Finding we lacked jurisdiction, we dismissed Short's interlocutory appeal because Short did not file a certificate of immediate review, and thus did not comply with the requirements of OCGA § 5-6-34(b). Case No. A26I0218 (June 8, 2026). We also lack jurisdiction over this direct appeal.

"Denials of motions to recuse are interlocutory in nature. An appeal of such an order requires compliance with the interlocutory appeal provisions of OCGA § 5-6-34(b)," including obtaining a certificate of immediate review from the trial court within ten days of the order sought to be appealed. See *Ellis v. Stanford*, 256 Ga. App. 294, 295(2) (568 SE2d 157) (2002). Consequently, Short is not entitled to a direct

appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*__07/20/2026_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*